# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: MCLAUGHLIN, ROBERT JOHN | § | Case No. 10-39365 |
| MCLAUGHLIN, JANET LEE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 02/17/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/12/2012_____     By:  /s/DEBORAH K. EBNER_____
                                                           Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: MCLAUGHLIN, ROBERT JOHN | § | Case No. 10-39365 |
| MCLAUGHLIN, JANET LEE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $          9,541.16

*and approved disbursements of*    $          25.00

*leaving a balance on hand of* [1]    $          9,516.16

**Balance on hand:**    $          9,516.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:    $          9,516.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 1,704.12 | 0.00 | 1,704.12 |
| Trustee, Expenses - DEBORAH K. EBNER | 7.56 | 0.00 | 7.56 |

Total to be paid for chapter 7 administration expenses:    $          1,711.68
Remaining balance:    $          7,804.48

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 7,804.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 7,804.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,099.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Consumers Energy Company | 100.10 | 0.00 | 31.12 |
| 2 | Chase Bank USA, N.A. | 1,416.38 | 0.00 | 440.41 |
| 3 | Capital One Bank USA, N.A.by American Infosource Lp As Agent | 647.37 | 0.00 | 201.29 |
| 4 | Capital One Bank USA, N.A.by American Infosource Lp As Agent | 3,422.50 | 0.00 | 1,064.18 |
| 5 | Capital One Bank USA, N.A.by American Infosource Lp As Agent | 615.03 | 0.00 | 191.24 |
| 6 | Capital One Bank USA, N.A.by American Infosource Lp As Agent | 3,348.38 | 0.00 | 1,041.14 |
| 7 | Capital One Bank USA, N.A.by American Infosource Lp As Agent | 4,365.62 | 0.00 | 1,357.44 |

| 8 | Commonwealth Edison Company | 245.81 | 0.00 | 76.43 |
| 9 | Harrah's Illinois Corp.DBA Harrah's Joliet Casino Hotel | 5,555.00 | 0.00 | 1,727.26 |
| 10 | OPHRYS, LLC C/O WEINSTEIN AND RILEY, PS | 1,012.36 | 0.00 | 314.78 |
| 11 | OPHRYS, LLC C/O WEINSTEIN AND RILEY, PS | 219.77 | 0.00 | 68.33 |
| 12 | American Infosource Lp As Agent for Merrick Bank | 3,263.45 | 0.00 | 1,014.73 |
| 13 | GE Money Bank c/o Recovery Management Systems Corporation | 193.23 | 0.00 | 60.08 |
| 14 | GE Money Bank c/o Recovery Management Systems Corporation | 694.82 | 0.00 | 216.05 |

Total to be paid for timely general unsecured claims:   $   7,804.48
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-39365-BWB
Robert John McLaughlin                                                  Chapter 7
Janet Lee McLaughlin
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley          Page 1 of 3          Date Rcvd: Jan 13, 2012
                             Form ID: pdf006         Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2012.
```
db/jdb      +Robert John McLaughlin,    Janet Lee McLaughlin,    716 E. Joliet Highway,
             New Lenox, IL 60451-1918
16080441    +BAC Home Loans Servicing,    Bankruptcy Department,    450 American St.,
             Simi Valley, CA 93065-6285
16080409    +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
16080405    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
             Richmond, VA 23285)
16080431    +CBCS,   Bankruptcy Department,    236 E. Town St.,    Columbus, OH 43215-4631
16080411    +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16080418     CITI,   Attn: Bankruptcy Dept.,    Po Box 6003,    Hagerstown, MD 21747
16401163     Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
             Charlotte, NC  28272-1083
16362126     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16080433    +Comcast,   Bankruptcy Department,    PO Box 3002,    Southeastern, PA 19398-3002
16341876    +Consumers Energy Company,    Attn: Michael G. Wilson,    One Energy Plaza,    Jackson, MI 49201-2357
16080401    +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
16080402    +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
16080407    +HSBC BANK,   Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
16080419    +HSBC/Carsn,   Attn: Bankruptcy Dept.,    Po Box 15521,    Wilmington, DE 19850-5521
16532250     Harrah's Illinois Corportion,    DBA Harrah's Joliet Casino Hotel,    c/o Jeffrey Schreiber,
             53 Stiles Road Ste A102,    Salem, NH 03079-2890
16080430    +Ingalls Memorial Hospital,    Bankruptcy Department,    1 Ingalls Drive,    Harvey, IL 60426-3558
16080440    +MRSI,   Bankruptcy Department,    2250 E. Devon Ave,    Des Plaines, IL 60018-4521
16080400    +MRSI,   Attn: Bankruptcy Dept.,    2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4521
16080437    +Markoff & Krasny,    Bankruptcy Department,    29 N. Wacker Dr., #500,    Chicago, IL 60606-3227
16539842    +OPHRYS, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
16080427    +Paragon Properties,    Attn: Bankruptcy Dept.,    32400 Telegraph Rd.,    Ste 202,
             Bingham Farms, MI 48025-2460
16080432    +Radiology Imaging,    Bankruptcy Department,    9413 Eagleway,    Chicago, IL 60678-1094
16080410    +SST/COLUMBUS BANK&TRUS,    Attn: Bankruptcy Dept.,    Po Box 3997,    Saint Joseph, MO 64503-0997
16080398     Social Security Admin,    Attn: Bankruptcy Dept.,    155-10 Jamaica Ave,    Jamaica, NY 11432
16080436    +Three Oaks Apartments,    Attn: Bankruptcy Dept.,    32400 Telegraph Rd ste202,
             Bingham Farms, MI 48025-2460
16080403    +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
16080435    +United Collection Bureau, Inc.,    Bankruptcy Department,    5620 Southwyck Blvd., Ste. 206,
             Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16586170     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2012 03:40:57
             American Infosource Lp As Agent,    Merrick Bank,    PO Box 248838,
             Oklahoma City, OK  73124-8838
16080399    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jan 14 2012 02:38:40
             Capital ONE AUTO Finan,    Attn: Bankruptcy Dept.,    3901 Dallas Pkwy,    Plano, TX 75093-7864
16080429    +E-mail/Text: legalcollections@comed.com Jan 14 2012 02:37:07     Commonwealth Edison,
             Attn: System Credit/BK Dept,    2100 Swift Dr.,    Oak Brook, IL 60523-1559
16504133    +E-mail/Text: legalcollections@comed.com Jan 14 2012 02:37:07     Commonwealth Edison Company,
             3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16080434    +E-mail/Text: bankruptcy_notices@cmsenergy.com Jan 14 2012 04:12:56     Consumers Energy,
             Attn: Bankruptcy Department,    PO Box 30079,    Lansing, MI 48909-7579
16637599     E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2012 03:45:08     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16080408    +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2012 03:45:08     GEMB/SAMS CLUB,
             Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
16080404    +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2012 03:45:12     Gembppbycr,
             Attn: Bankruptcy Dept.,    Po Box 981064,    El Paso, TX 79998-1064
16080415    +E-mail/Text: bkr@cardworks.com Jan 14 2012 02:38:52     Merrick BANK,    Attn: Bankruptcy Dept.,
             Po Box 5000,    Draper, UT 84020-5000
16080428    +E-mail/Text: bankrup@nicor.com Jan 14 2012 02:19:14     Nicor Gas,    Bankruptcy Department,
             PO Box 549,    Aurora, IL 60507-0549
16539842    +E-mail/Text: bncmail@w-legal.com Jan 14 2012 04:23:17     OPHRYS, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
16080438    +E-mail/Text: kbosbank@covhlth.com Jan 14 2012 03:29:12     Parkwest Medical Center,
             Attn: Bankruptcy Dept.,    1410 Centerpoint Blvd 401,    Knoxville, TN 37932-1985
                                                                                              TOTAL: 12
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1          User: mhenley          Page 2 of 3          Date Rcvd: Jan 13, 2012
                             Form ID: pdf006         Total Noticed: 39
```

```
16080406*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16080416*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16080424*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16080425*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16080412*  +HSBC BANK,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
16080413*  +HSBC BANK,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
16080414*  +HSBC BANK,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
16080417*  +HSBC BANK,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
16080420*  +HSBC BANK,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
16080421*  +HSBC BANK,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
16080439*  +Ingalls Memorial Hospital,   Bankruptcy Department,   1 Ingalls Drive,   Harvey, IL 60426-3558
16080422*  +Merrick BANK,   Attn: Bankruptcy Dept.,   Po Box 5000,   Draper, UT 84020-5000
16080423*  +Merrick BANK,   Attn: Bankruptcy Dept.,   Po Box 5000,   Draper, UT 84020-5000
16080426*  +SST/COLUMBUS BANK&TRUS,   Attn: Bankruptcy Dept.,   Po Box 3997,   Saint Joseph, MO 64503-0997
                                                                    TOTALS: 0, * 14, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2012                    Signature:

District/off: 0752-1          User: mhenley           Page 3 of 3            Date Rcvd: Jan 13, 2012
                             Form ID: pdf006          Total Noticed: 39

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2012 at the address(es) listed below:
          Dale A Riley    on behalf of Debtor Robert McLaughlin ndil@geracilaw.com
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 3