**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:  MCLAUGHLIN, ROBERT JOHN                                Case No. 10-39365
        MCLAUGHLIN, JANET LEE

_____,           Chapter   7
                    Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                          Assets Exempt: $7,189.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,804.48       Claims Discharged
                                                 Without Payment: $117,840.34

Total Expenses of Administration: $1,736.68

---

   3)  Total gross receipts of $ 9,541.16  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $9,541.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $21,533.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,736.68 | 1,736.68 | 1,736.68 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 115,834.00 | 25,099.82 | 25,099.82 | 7,804.48 |
| **TOTAL DISBURSEMENTS** | $137,367.00 | $26,836.50 | $26,836.50 | $9,541.16 |

    4) This case was originally filed under Chapter 7 on August 31, 2010. The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2012    By: /s/DEBORAH K. EBNER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1229-000 | 9,541.16 |
| **TOTAL GROSS RECEIPTS** | | **$9,541.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Capital ONE AUTO Finan | 4110-000 | 21,533.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$21,533.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,704.12 | 1,704.12 | 1,704.12 |
| DEBORAH K. EBNER | 2200-000 | N/A | 7.56 | 7.56 | 7.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| BNY Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Bank & Tech Service Fee Credit Adjustment | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $1,736.68 | $1,736.68 | $1,736.68 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Consumers Energy Company | 7100-000 | 93.00 | 100.10 | 100.10 | 31.12 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 1,126.00 | 1,416.38 | 1,416.38 | 440.41 |
| 3 | Capital One Bank USA, N.A.by American Infosource Lp As | 7100-000 | 368.00 | 647.37 | 647.37 | 201.29 |
| 4 | Capital One Bank USA, N.A.by American Infosource Lp As | 7100-000 | 3,151.00 | 3,422.50 | 3,422.50 | 1,064.18 |
| 5 | Capital One Bank USA, N.A.by American Infosource Lp As | 7100-000 | 222.00 | 615.03 | 615.03 | 191.24 |
| 6 | Capital One Bank USA, N.A.by American Infosource Lp As | 7100-000 | 3,044.00 | 3,348.38 | 3,348.38 | 1,041.14 |
| 7 | Capital One Bank USA, N.A.by American Infosource Lp As | 7100-000 | 4,072.00 | 4,365.62 | 4,365.62 | 1,357.44 |
| 8 | Commonwealth Edison Company | 7100-000 | 240.00 | 245.81 | 245.81 | 76.43 |
| 9 | Harrah's Illinois Corp.DBA Harrah's Joliet Casino Hotel | 7100-000 | N/A | 5,555.00 | 5,555.00 | 1,727.26 |
| 10 | OPHRYS, LLC C/O WEINSTEIN AND RILEY, PS | 7100-000 | N/A | 1,012.36 | 1,012.36 | 314.78 |
| 11 | OPHRYS, LLC C/O WEINSTEIN AND RILEY, PS | 7100-000 | N/A | 219.77 | 219.77 | 68.33 |
| 12 | American Infosource Lp As Agent for Merrick Bank | 7100-000 | 2,434.00 | 3,263.45 | 3,263.45 | 1,014.73 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | GE Money Bank c/o Recovery Management Systems | 7100-000 | N/A | 193.23 | 193.23 | 60.08 |
| 14 | GE Money Bank c/o Recovery Management Systems | 7100-000 | 539.00 | 694.82 | 694.82 | 216.05 |
| NOTFILED | Markoff & Krasny Bankruptcy Department | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Merrick BANK | 7100-000 | 2,584.00 | N/A | N/A | 0.00 |
| NOTFILED | Merrick BANK | 7100-000 | 2,493.00 | N/A | N/A | 0.00 |
| NOTFILED | Ingalls Memorial Hospital Bankruptcy Department | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 1,892.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 5,597.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Carsn | 7100-000 | 454.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 1,563.00 | N/A | N/A | 0.00 |
| NOTFILED | Ingalls Memorial Hospital Bankruptcy Department | 7100-000 | 885.00 | N/A | N/A | 0.00 |
| NOTFILED | Paragon Properties | 7100-000 | 8,900.00 | N/A | N/A | 0.00 |
| NOTFILED | MRSI | 7100-000 | 765.00 | N/A | N/A | 0.00 |
| NOTFILED | Three Oaks Apartments | 7100-000 | 8,784.00 | N/A | N/A | 0.00 |
| NOTFILED | United Collection Bureau, Inc. Bankruptcy Department | 7100-000 | 11,504.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | SST/COLUMBUS BANK&TRUS | 7100-000 | 5,262.00 | N/A | N/A | 0.00 |
| NOTFILED | Social Security Admin | 7100-000 | 29,940.00 | N/A | N/A | 0.00 |
| NOTFILED | SST/COLUMBUS BANK&TRUS | 7100-000 | 956.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 2,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Imaging Bankruptcy Department | 7100-000 | 245.00 | N/A | N/A | 0.00 |
| NOTFILED | Parkwest Medical Center | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas Bankruptcy Department | 7100-000 | 1,426.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 1,553.00 | N/A | N/A | 0.00 |
| NOTFILED | Gembppbycr | 7100-000 | 98.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 390.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Bankruptcy Department | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC Home Loans Servicing Bankruptcy Department | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays BANK Delaware | 7100-000 | 884.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 1,765.00 | N/A | N/A | 0.00 |
| NOTFILED | CITI | 7100-000 | 7,844.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $115,834.00 | $25,099.82 | $25,099.82 | $7,804.48 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-39365  
**Case Name:** MCLAUGHLIN, ROBERT JOHN  
MCLAUGHLIN, JANET LEE  
**Period Ending:** 05/10/12  

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 08/31/10 (f)  
**§341(a) Meeting Date:** 10/05/10  
**Claims Bar Date:** 01/10/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Checking, savings or other financial accounts, c | 108.00 | 0.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c | 35.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings, including audio | 750.00 | 0.00 | | 0.00 | FA |
| 4 | Books, pictures and other art objects, antiques, | 60.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel. | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Furs and jewelry. | 80.00 | 0.00 | | 0.00 | FA |
| 7 | Interests in insurance policies. Name insurance | 1,680.00 | 0.00 | | 0.00 | FA |
| 8 | Interests in insurance policies. Name insurance | 1,826.00 | 0.00 | | 0.00 | FA |
| 9 | Automobiles, trucks, trailers and other vehicles | 18,500.00 | 0.00 | | 0.00 | FA |
| 10 | Animals. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Inheritance (u) | 0.00 | Unknown | | 9,541.16 | 0.00 |
| **11** | **Assets** **Totals** (Excluding unknown values) | **$23,289.00** | **$0.00** | | **$9,541.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

Co-Debtor due inheritance from Mary Hermanl Lisa Gavin is executor and we are awaiting for accounting. Trustee received inheritance from probate estate; claims reviewed and final report prepared and submitted to UST. Final Report filed 1/13/2012

**Initial Projected Date Of Final Report (TFR):** December 31, 2015  **Current Projected Date Of Final Report (TFR):** January 13, 2012 (Actual)

Printed: 05/10/2012 11:11 PM   V.13.01

Case 10-39365   Doc 40   Filed 09/11/12   Entered 09/11/12 23:04:17   Desc Main
Document      Page 7 of 20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-39365 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | MCLAUGHLIN, ROBERT JOHN | | Bank Name: | The Bank of New York Mellon |
| | MCLAUGHLIN, JANET LEE | | Account: | 9200-******92-66 - Checking Account |
| Taxpayer ID #: | **-***7509 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/10/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/28/11 | {11} | Estate of Mary Herman | | 1229-000 | 9,541.16 | | 9,541.16 |
| 11/30/11 | | To Account #9200******9267 | | 9999-000 | | 980.00 | 8,561.16 |
| 11/30/11 | | To Account #9200******9268 | | 9999-000 | | 980.00 | 7,581.16 |
| 11/30/11 | | To Account #9200******9269 | | 9999-000 | | 980.00 | 6,601.16 |
| 11/30/11 | | To Account #9200******9270 | | 9999-000 | | 980.00 | 5,621.16 |
| 11/30/11 | | To Account #9200******9271 | | 9999-000 | | 980.00 | 4,641.16 |
| 11/30/11 | | To Account #9200******9272 | | 9999-000 | | 980.00 | 3,661.16 |
| 11/30/11 | | To Account #9200******9273 | | 9999-000 | | 980.00 | 2,681.16 |
| 11/30/11 | | To Account #9200******9274 | | 9999-000 | | 980.00 | 1,701.16 |
| 11/30/11 | | To Account #9200******9275 | | 9999-000 | | 900.00 | 801.16 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 776.16 |
| 12/30/11 | | BNY Mellon | Bank Technology Service Fees | 2600-000 | | 25.00 | 751.16 |
| 01/30/12 | | From Account #9200******9267 | | 9999-000 | 980.00 | | 1,731.16 |
| 01/30/12 | | From Account #9200******9269 | | 9999-000 | 980.00 | | 2,711.16 |
| 01/30/12 | | From Account #9200******9270 | | 9999-000 | 980.00 | | 3,691.16 |
| 01/30/12 | | From Account #9200******9272 | | 9999-000 | 980.00 | | 4,671.16 |
| 01/30/12 | | From Account #9200******9271 | | 9999-000 | 980.00 | | 5,651.16 |
| 01/30/12 | | From Account #9200******9273 | | 9999-000 | 980.00 | | 6,631.16 |
| 01/30/12 | | From Account #9200******9268 | | 9999-000 | 980.00 | | 7,611.16 |
| 01/30/12 | | From Account #9200******9274 | | 9999-000 | 980.00 | | 8,591.16 |
| 01/30/12 | | From Account #9200******9275 | | 9999-000 | 900.00 | | 9,491.16 |
| 02/23/12 | | Bank & Tech Service Fee Credit Adjustment | Bank & Tech Service Fee Credit Adjustment | 2600-000 | | -25.00 | 9,516.16 |
| 02/23/12 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $1,704.12, Trustee Compensation;  Reference: | 2100-000 | | 1,704.12 | 7,812.04 |
| 02/23/12 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $7.56, Trustee Expenses;  Reference: | 2200-000 | | 7.56 | 7,804.48 |
| 02/23/12 | 103 | Consumers Energy Company | Dividend paid  31.09% on $100.10; Claim# 1; Filed: $100.10; Reference: 100050570678 | 7100-000 | | 31.12 | 7,773.36 |
| 02/23/12 | 104 | Chase Bank USA, N.A. | Dividend paid  31.09% on $1,416.38; Claim# 2; Filed: $1,416.38; Reference: XXXXX0015 | 7100-000 | | 440.41 | 7,332.95 |
| 02/23/12 | 105 | Capital One Bank USA, N.A.by American Infosource Lp As Agent | Dividend paid  31.09% on $647.37; Claim# 3; Filed: $647.37; Reference: | 7100-000 | | 201.29 | 7,131.66 |
| 02/23/12 | 106 | Capital One Bank USA, N.A.by American Infosource Lp As Agent | Dividend paid  31.09% on $3,422.50; Claim# 4; Filed: $3,422.50; Reference: | 7100-000 | | 1,064.18 | 6,067.48 |
| 02/23/12 | 107 | Capital One Bank USA, N.A.by American Infosource Lp As Agent | Dividend paid  31.09% on $615.03; Claim# 5; Filed: $615.03; Reference: | 7100-000 | | 191.24 | 5,876.24 |

Subtotals :    $18,281.16    $12,404.92

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM    V.13.01

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 10-39365 | **Trustee:** | DEBORAH K. EBNER (330480) |
| **Case Name:** MCLAUGHLIN, ROBERT JOHN | **Bank Name:** | The Bank of New York Mellon |
| MCLAUGHLIN, JANET LEE | **Account:** | 9200-******92-66 - Checking Account |
| **Taxpayer ID #:** **-***7509 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** 05/10/12 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/12 | 108 | Capital One Bank USA, N.A.by American Infosource Lp As Agent | Dividend paid 31.09% on $3,348.38; Claim# 6; Filed: $3,348.38; Reference: | 7100-000 | | 1,041.14 | 4,835.10 |
| 02/23/12 | 109 | Capital One Bank USA, N.A.by American Infosource Lp As Agent | Dividend paid 31.09% on $4,365.62; Claim# 7; Filed: $4,365.62; Reference: | 7100-000 | | 1,357.44 | 3,477.66 |
| 02/23/12 | 110 | Commonwealth Edison Company | Dividend paid 31.09% on $245.81; Claim# 8; Filed: $245.81; Reference: 08026749108 | 7100-000 | | 76.43 | 3,401.23 |
| 02/23/12 | 111 | Harrah's Illinois Corp.DBA Harrah's Joliet Casino Hotel | Dividend paid 31.09% on $5,555.00; Claim# 9; Filed: $5,555.00; Reference: | 7100-000 | | 1,727.26 | 1,673.97 |
| 02/23/12 | 112 | OPHRYS, LLC C/O WEINSTEIN AND RILEY, PS | Dividend paid 31.09% on $1,012.36; Claim# 10; Filed: $1,012.36; Reference: | 7100-000 | | 314.78 | 1,359.19 |
| 02/23/12 | 113 | OPHRYS, LLC C/O WEINSTEIN AND RILEY, PS | Dividend paid 31.09% on $219.77; Claim# 11; Filed: $219.77; Reference: | 7100-000 | | 68.33 | 1,290.86 |
| 02/23/12 | 114 | American Infosource Lp As Agent for Merrick Bank | Dividend paid 31.09% on $3,263.45; Claim# 12; Filed: $3,263.45; Reference: XXXXXXXXXXXX2377 | 7100-000 | | 1,014.73 | 276.13 |
| 02/23/12 | 115 | GE Money Bank c/o Recovery Management Systems Corporation | Dividend paid 31.09% on $193.23; Claim# 13; Filed: $193.23; Reference: | 7100-000 | | 60.08 | 216.05 |
| 02/23/12 | 116 | GE Money Bank c/o Recovery Management Systems Corporation | Dividend paid 31.09% on $694.82; Claim# 14; Filed: $694.82; Reference: | 7100-000 | | 216.05 | 0.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | -25.00 |
| 03/06/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,281.16 | 18,281.16 | **$0.00** |
| | | | Less: Bank Transfers | | 8,740.00 | 8,740.00 | |
| | | | **Subtotal** | | 9,541.16 | 9,541.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,541.16** | **$9,541.16** | |

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM    V.13.01

Case 10-39365    Doc 40    Filed 09/11/12    Entered 09/11/12 23:04:17    Desc Main
Document      Page 9 of 20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-39365  
**Case Name:** MCLAUGHLIN, ROBERT JOHN  
MCLAUGHLIN, JANET LEE  
**Taxpayer ID #:** **-***7509  
**Period Ending:** 05/10/12

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-67 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | | From Account #9200******9266 | | 9999-000 | 980.00 | | 980.00 |
| 01/30/12 | | To Account #9200******9266 | | 9999-000 | | 980.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 980.00 | 980.00 | $0.00 |
| | | | Less: Bank Transfers | | 980.00 | 980.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM     V.13.01

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-39365  
**Case Name:** MCLAUGHLIN, ROBERT JOHN  
MCLAUGHLIN, JANET LEE  
**Taxpayer ID #:** **-***7509  
**Period Ending:** 05/10/12

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-68 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | | From Account #9200******9266 | | 9999-000 | 980.00 | | 980.00 |
| 01/30/12 | | To Account #9200******9266 | | 9999-000 | | 980.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 980.00 | 980.00 | $0.00 |
| | | | Less: Bank Transfers | | 980.00 | 980.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM   V.13.01

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-39365
**Case Name:** MCLAUGHLIN, ROBERT JOHN
MCLAUGHLIN, JANET LEE
**Taxpayer ID #:** **-***7509
**Period Ending:** 05/10/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-69 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | | From Account #9200******9266 | | 9999-000 | 980.00 | | 980.00 |
| 01/30/12 | | To Account #9200******9266 | | 9999-000 | | 980.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **980.00** | **980.00** | **$0.00** |
| | | | Less: Bank Transfers | | 980.00 | 980.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM V.13.01

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 10-39365 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | MCLAUGHLIN, ROBERT JOHN | | **Bank Name:** | The Bank of New York Mellon |
| | MCLAUGHLIN, JANET LEE | | **Account:** | 9200-******92-70 - Checking Account |
| **Taxpayer ID #:** | **-***7509 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/10/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | | From Account #9200******9266 | | 9999-000 | 980.00 | | 980.00 |
| 01/30/12 | | To Account #9200******9266 | | 9999-000 | | 980.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **980.00** | **980.00** | **$0.00** |
| | | | Less: Bank Transfers | | 980.00 | 980.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM    V.13.01

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 10-39365
**Case Name:** MCLAUGHLIN, ROBERT JOHN
MCLAUGHLIN, JANET LEE
**Taxpayer ID #:** **-***7509
**Period Ending:** 05/10/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-71 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | | From Account #9200******9266 | | 9999-000 | 980.00 | | 980.00 |
| 01/30/12 | | To Account #9200******9266 | | 9999-000 | | 980.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 980.00 | 980.00 | $0.00 |
| | | | Less: Bank Transfers | | 980.00 | 980.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM    V.13.01

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-39365 | | **Trustee:** | DEBORAH K. EBNER (330480) |
| **Case Name:** | MCLAUGHLIN, ROBERT JOHN | | **Bank Name:** | The Bank of New York Mellon |
| | MCLAUGHLIN, JANET LEE | | **Account:** | 9200-******92-72 - Checking Account |
| **Taxpayer ID #:** | **-***7509 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/10/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | | From Account #9200******9266 | | 9999-000 | 980.00 | | 980.00 |
| 01/30/12 | | To Account #9200******9266 | | 9999-000 | | 980.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 980.00 | 980.00 | $0.00 |
| | | | Less: Bank Transfers | | 980.00 | 980.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM  V.13.01

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 10-39365
**Case Name:** MCLAUGHLIN, ROBERT JOHN
MCLAUGHLIN, JANET LEE
**Taxpayer ID #:** **-***7509
**Period Ending:** 05/10/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-73 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | | From Account #9200******9266 | | 9999-000 | 980.00 | | 980.00 |
| 01/30/12 | | To Account #9200******9266 | | 9999-000 | | 980.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 980.00 | 980.00 | $0.00 |
| | | | Less: Bank Transfers | | 980.00 | 980.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM    V.13.01

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

**Case Number:** 10-39365
**Case Name:** MCLAUGHLIN, ROBERT JOHN
MCLAUGHLIN, JANET LEE
**Taxpayer ID #:** **-***7509
**Period Ending:** 05/10/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-74 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | | From Account #9200******9266 | | 9999-000 | 980.00 | | 980.00 |
| 01/30/12 | | To Account #9200******9266 | | 9999-000 | | 980.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **980.00** | **980.00** | **$0.00** |
| | | | Less: Bank Transfers | | 980.00 | 980.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM  V.13.01

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 11

| **Case Number:** | 10-39365 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | MCLAUGHLIN, ROBERT JOHN | | **Bank Name:** | The Bank of New York Mellon |
| | MCLAUGHLIN, JANET LEE | | **Account:** | 9200-******92-75 - Checking Account |
| **Taxpayer ID #:** | **-***7509 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/10/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | | From Account #9200******9266 | | 9999-000 | 900.00 | | 900.00 |
| 01/30/12 | | To Account #9200******9266 | | 9999-000 | | 900.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **900.00** | **900.00** | **$0.00** |
| | | | Less: Bank Transfers | | 900.00 | 900.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 12

| **Case Number:** | 10-39365 | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|
| **Case Name:** | MCLAUGHLIN, ROBERT JOHN | **Bank Name:** | The Bank of New York Mellon |
| | MCLAUGHLIN, JANET LEE | **Account:** | 9200-******89-66 - Checking Account |
| **Taxpayer ID #:** | **-***7509 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 05/10/12 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM   V.13.01

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 13

| **Case Number:** | 10-39365 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | MCLAUGHLIN, ROBERT JOHN | | **Bank Name:** | The Bank of New York Mellon |
| | MCLAUGHLIN, JANET LEE | | **Account:** | 9200-******89-67 - Checking Account |
| **Taxpayer ID #:** | **-***7509 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/10/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/10/2012 11:11 PM    V.13.01

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 14

| **Case Number:** | 10-39365 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | MCLAUGHLIN, ROBERT JOHN | | **Bank Name:** | The Bank of New York Mellon |
| | MCLAUGHLIN, JANET LEE | | **Account:** | 9200-******89-68 - Checking Account |
| **Taxpayer ID #:** | **-***7509 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 05/10/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******92-66** | 9,541.16 | 9,541.16 | 0.00 |
| **Checking # 9200-******92-67** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******92-68** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******92-69** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******92-70** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******92-71** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******92-72** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******92-73** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******92-74** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******92-75** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******89-66** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******89-67** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******89-68** | 0.00 | 0.00 | 0.00 |
| | **$9,541.16** | **$9,541.16** | **$0.00** |